IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01095-JLK-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

74.33 ACRES OF LAND, MORE OR LESS,
   LOCATED IN LA PLATA COUNTY,
   STATE OF COLORADO; and

SHIRLEY ISGAR, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN RICE

    DATED: April 26, 2006

    This matter came on for a telephone status conference on April 25, 2006. Appearing by phone were Kenneth Skogg, counsel for the Isgar Defendants, Malcolm Murray, counsel for Wheeler One Trust and Collyer Family Trust, and Stephen Taylor, Assistant United States Attorney. At the request of all parties, and in consideration of the pending matters in this case including the Government's anticipated amendment to the Complaint in the condemnation proceedings, and the timing of the scheduled depositions and evidentiary hearing, the settlement conference scheduled for June 26,

2006 at 1:00 p.m. is vacated and this matter is rescheduled for a settlement conference on August 9, 2006 at 10:00 a.m.

The matter is set for a telephone status conference on Friday, June 23, 2006 at 1:00 p.m., with counsel for the Government to initiate the call.