IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 03-01095-JLK-GJR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**74.33 ACRES OF LAND, MORE OR LESS, LOCATED IN LA PLATA COUNTY, STATE OF COLORADO; and**

**SHIRLEY ISGAR, et al.**

_____

**ORDER ON RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**
_____

Kane, J.

This matter is before me on the September 20, 2006 Recommended Findings of Fact and Conclusions of Law of Magistrate Judge Gudrun Rice to resolve the conflicting claims of Shirley Isgar, Charles Isgar, Arthur Isgar, and Anne Isgar (collectively the "Isgar Defendants") and the Wheeler One Trust and Collyer Family Trust (collectively the "Wheeler Defendants") to Parcel RBR-5D(Fee), a 9.15 acre tract of land (the "Disputed Parcel") included in this condemnation action.

These recommendations follow an evidentiary hearing held before the Magistrate Judge on July 12-13, 2006, pursuant to the Order of Reference (Doc. 47) entered January 13, 2004, and the Order Adopting Recommendation of Magistrate Judge

(Doc. 108) entered December 5, 2005. In her Recommended Findings of Fact and Conclusions of Law, the Magistrate Judge recommends that the Isgar Defendants be awarded the Disputed Parcel. The Wheeler Defendants did not file objections to this recommendation or any other aspect of the Recommended Findings of Fact and Conclusions of Law.

Under Rule 72(b), my review of the September 20, 2006 Recommended Findings of Fact and Conclusions of Law is *de novo* as to any portion to which specific written objection was made, and I may accept, reject, or modify the Magistrate Judge's recommendation under this standard. Having reviewed the September 20, 2006 recommendation and the relevant authority, documents and pleadings under this standard, I ADOPT the Recommended Findings of Fact and Conclusions of Law as an Order of the Court and ORDER that the Isgar Defendants be awarded the Disputed Parcel.

Dated this 9th day of January, 2007.

s/John L. Kane  
John L. Kane, Senior District Judge  
United States District Court