IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01095-JLK-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

60.52 ACRES OF LAND, MORE OR LESS,
LOCATED IN LA PLATA COUNTY,

SHIRLEY ISGAR;
CHARLES ISGAR;
STATE OF COLORADO;
WHEELER ONE TRUST;
COLLYER FAMILY TRUST;
LA PLATA COUNTY TREASURER;
CHEVRON U.S.A. INC.;
SOUTHERN UTE INDIAN TRIBE;
LA PLATA ELECTRIC ASSOCIATION, INC.;
ATMOS ENERGY CORPORATION;
QWEST CORPORATION; and
UNKNOWN OWNERS, if any,
    Defendants.

## ORDER

THIS MATTER having come before the Court on the Unopposed Motion To Correct the Legal Description of Parcel RBR-5E(Fee) Contained Within The Second Amended Schedule B Attached To The Second Amended Complaint In Condemnation And To The Second Amended Declaration Of Taking (Docket No. 189), and it appearing that:

1

On March 22, 2007, Plaintiff United States filed a Second Amended Complaint in Condemnation (Docket No. 147) and a Second Amended Declaration of Taking (Docket No. 148). The Second Amended Complaint in Condemnation and the Second Amended Declaration of Taking condemned certain parcels of real property owned by Defendant Shirley Isgar and Defendant Charles Isgar ("Isgar Property"). Attached to the Second Amended Complaint in Condemnation and the Second Amended Declaration of Taking is the Second Amended Schedule B that sets forth the legal descriptions of the various parcels of real property condemned by and through the Second Amended Complaint in Condemnation and the Second Amended Declaration of Taking ("Second Amended Condemned Property"). Contained within the Second Amended Schedule B is the legal description of Parcel RBR-5E(Fee). Parcel RBR-5E(Fee) is a corridor of land that traverses the Isgar Property in a westerly direction from La Plata County Road 213 to the western boundary of the Isgar Property. Also attached to the Second Amended Complaint in Condemnation and the Second Amended Declaration of Taking is the Second Amended Schedule C that contains a map showing the location of each of the various parcels that comprise the Second Amended Condemned Property, including Parcel RBR-5E(Fee).

After the Second Amended Complaint in Condemnation and the Second Amended Declaration of Taking were filed with the Court, the Bureau of Reclamation determined that, while the Second Amended Schedule C accurately depicted Parcel RBR-5E(Fee), the legal description of Parcel RBR-5E(Fee) contained in the Second

Amended Schedule B was in error as was the resulting acreage that was condemned. After the Bureau of Reclamation discovered the error, the Bureau of Reclamation conducted a re-survey of Parcel RBR-5E(Fee) and prepared a corrected legal description of Parcel RBR-5E(Fee). The corrected legal description of Parcel RBR-5E(Fee) is attached hereto. The corrected legal description of Parcel RBR-5E(Fee) accurately describes the property condemned for Parcel RBR-5E(Fee). The corrected legal description of Parcel RBR-5E(Fee) increases the acreage of Parcel RBR-5E(Fee) from 8.28 acres to 8.86 acres. By correcting the legal description of Parcel RBR-5E(Fee) the total acreage of this condemnation increases from 60.52 acres to 61.10 acres. The Corrected Second Amended Schedule B that contains the corrected legal description of Parcel RBR-5E(Fee) is attached hereto.

Therefore, the Court finds that good and sufficient cause has been shown, and it is hereby:

ORDERED that the Unopposed Motion To Correct the Legal Description of Parcel RBR-5E(Fee) Contained Within The Second Amended Schedule B Attached To The Second Amended Complaint In Condemnation And To The Second Amended Declaration Of Taking (Docket No.   ) is granted; and it is further

ORDERED that the Second Amended Schedule B shall be and is struck from the Second Amended Complaint in Condemnation; and it is further

ORDERED that the Second Amended Schedule B shall be and is struck from the Second Amended Declaration of Taking; and it is further

ORDERED that the Corrected Second Amended Schedule B attached hereto as Attachment 1 shall be and is inserted into and made a part of the Second Amended Complaint in Condemnation *nunc pro tunc*; and it is further

ORDERED that the Corrected Second Amended Schedule B attached hereto as Attachment 1 shall be and is inserted into and made a part of the Second Amended Declaration of Taking *nunc pro tunc*; and it is further

ORDERED that the caption of this civil action shall be and is amended and shall be and is:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

61.10 ACRES OF LAND, MORE OR LESS, LOCATED IN LA PLATA COUNTY,
SHIRLEY ISGAR;
CHARLES ISGAR;
STATE OF COLORADO;
WHEELER ONE TRUST;
COLLYER FAMILY TRUST;
LA PLATA COUNTY TREASURER;
CHEVRON U.S.A. INC.;
SOUTHERN UTE INDIAN TRIBE;
LA PLATA ELECTRIC ASSOCIATION, INC.;
ATMOS ENERGY CORPORATION;
QWEST CORPORATION; and UNKNOWN OWNERS, if any,

    Defendants.

Dated this 3rd day of October, 2008.

BY THE COURT

**_S/John L. Kane_**
JOHN L. KANE
SENIOR DISTRICT JUDGE
UNITED STATES DISTRICT COURT